UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

SERGIO TORRES,

     Plaintiff,

v.                                    Case No. 6:20-cv-906-Orl-37DCI

WILCIN ENTERPRISES INC.,

     Defendant.

_____

## **ORDER**

Plaintiff sued Defendant for failure to pay overtime wages in violation of the Fair Labor Standards Act ("**FLSA**"). (*See* Doc. 1.) The parties moved for approval of their FLSA settlement agreement under *Lynn's Food Stores, Inc. v . United States ex rel. United States Department of Labor*, 679 F.2d 1350, 1355 (11th Cir. 1982). (Doc. 21 ("**Motion**"); Doc. 21-1 ("**Agreement**").) On referral, U.S. Magistrate Judge Daniel C. Irick recommends granting the Motion, finding the Agreement fair and reasonable. (Doc. 22 ("**R&R**").)

The parties don't object to the R&R. (Doc. 23.) As such, the Court has examined the R&R only for clear error. *See Wiand v. Wells Fargo Bank, N.A.*, No. 8:12-cv-557-T-27EAJ, 2016 WL 355490, at *1 (M.D. Fla. Jan. 28, 2016); *see also Macort v. Prem, Inc.*, 208 F. App'x 781, 784 (11th Cir. 2006). Finding no error, the R&R is due to be adopted in its entirety.

Accordingly, it is **ORDERED AND ADJUDGED**:

1.   U.S. Magistrate Judge Daniel C. Irick's Report and Recommendation (Doc. 22) is **ADOPTED**, **CONFIRMED**, and made a part of this Order.

2.   The parties' Joint Motion to Approve Settlement and to Dismiss with Prejudice (Doc. 21) is **GRANTED.**

3.   The Agreement (Doc. 21-1) is **APPROVED**.

4.   This action is **DISMISSED WITH PREJUDICE**.

5.   The Clerk is **DIRECTED** to close the file.

**DONE AND ORDERED** in Chambers in Orlando, Florida, on September 4, 2020.

ROY B. DALTON JR.
United States District Judge

Copies to:
Counsel of Record

-2-